UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

WETZEL ET AL.                                          CIVIL ACTION

VERSUS                                                 NO: 10-1222

TRANSOCEAN, LTD ET AL.                                 SECTION: "S"(5)

<u>ORDER</u>

Because of a potential conflict of interest, I hereby recuse myself and order that the case be reallotted.

New Orleans, Louisiana, this 3rd day of May, 2010.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE

MAY - 3 2010

REALLOTTED TO

SECT. A