### IN THE UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF LOUISIANA
### NEW ORLEANS DIVISION

TROY WETZEL, EXTREME FISHING, LLC *
AND A CLASS OF SIMILARLY SITUATED *
INDIVIDUALS AND ENTITIES, *
 *
  **Plaintiffs** *
 *
**Versus** *  **Docket No:  2:10cv01222**
 *
TRANSOCEAN, BP LLC., "A, B, AND C *
INSURANCE COMPANIES AS INSURERS *
OF TRANSOCEAN, AND "X, Y, AND Z" *
INSURANCECOMPANIES AS INSURERS *
OF BP, LLC. *
 *
  **Defendants** *

_____

## ORDER

 The foregoing Complaint in Intervention considered, it appearing to the Court that the said movers be permitted to intervene as prayed, said intervention will not unduly delay these proceedings and the Court being duly advised of the premises:

 IT IS ORDERED that JO JO'S SEAFOOD, LLC and BILLY B, INC. are hereby made parties to this cause, and to that end may file responsive pleadings, participate in all proceedings and prosecute an appeal in this cause in the same manner and with like effect as if named an original party to this cause.

 THUS DONE AND SIGNED this ___6th___ day of May, 2010.

_____

HONORABLE MARY ANN VIAL LEMMON