IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| **TROY WETZEL, EXTREME FISHING, LLC AND A CLASS OF SIMILARLY SITUATED INDIVIDUALS AND ENTITIES,** * * * * | |
| **Plaintiffs** * * | |
| Versus * | Docket No: 2:10cv01222 |
| * | |
| **TRANSOCEAN, BP LLC., "A, B, AND C INSURANCE COMPANIES AS INSURERS OF TRANSOCEAN, AND "X, Y, AND Z" INSURANCECOMPANIES AS INSURERS OF BP, LLC.** * * * * * * | |
| **Defendants** * | |

_____

**COMPLAINT IN INTERVENTION**

Intervenors, JO JO'S SEAFOOD, LLC and BILLY B, INC. file this complaint in intervention as party-plaintiffs, as authorized by Federal Rule of Civil Procedure 24.

### A. Parties

1. Intervenors

    (A) **JO JO'S SEAFOOD, LLC** is a corporation that is organized under the laws of the State of Louisiana.

    (B) **BILLY B, INC.** is a corporation that is organized under the laws of the State of Florida.

2. Plaintiffs

    (A) **TROY WETZEL** is an individual that is a citizen of the State of Louisiana.

    (B) **EXTREME FISHING, LLC** is a corporation that is organized under the

1

laws of the State of Louisiana.

3. Defendants

(A) **TRANSOCEAN, LTD,** hereinafter referred to as "Transocean," a foreign corporation doing business in the State of Louisiana. At all times pertinent hereto, defendant, Transocean was operating the Deepwater Horizon floating drilling rig;

(B) **BP, PLC,** hereinafter referred to as "BP," a foreign corporation doing business in the State of Louisiana. At all times pertinent hereto, defendant BP was leasing the Deepwater Horizon floating drilling rig from defendant, Transocean;

(C) "A, B, and C Insurance Companies" which provided policy(ies) of insurance for defendant Transocean covering all losses complained of herein: and,

(D) "X, Y and Z Insurance Companies" which provided policy(ies) of insurance for defendant BP covering all losses complained of herein.

### B. The Original Lawsuit

Plaintiffs, Troy Wetzel and Extreme Fishing, LLC, on behalf of themselves and all other similarly situated commercial fishing operations are suing for damages as a result of a catastrophic oil spill from the DEEPWATER HORIZON into the Gulf of Mexico. There has been no answer filed by any of the defendants.

### C. Intervenors' Cause of Action

Intervenors, Jo Jo's Seafood, LLC and Billy B, Inc., like Plaintiffs, Troy Wetzel and Extreme Fishing, LLC, and all other similarly situated commercial fishing operations in the Gulf of Mexico, including the waters that have been contaminated by the massive oil spill from the

DEEPWATER HORIZON are commercial fishermen. Intervenor, Jo Jo's Seafood, LLC is a deepwater commercial shrimper who fishes the waters of the Gulf of Mexico. Intervenor, Billy B, Inc. is a refisherman who commercially fishes the waters of the Gulf of Mexico from Florida as far west as the mouth of the Mississippi River. The class action allegations set forth in Troy Wetzel and Extreme Fishing, LLC v Transocean, PB LLC, et al, docket number 2:10cv01222, in paragraphs 9-16 are common issues of law and fact to both original plaintiffs and intervenors. Further, the causes of action set forth in paragraphs 21-22 are common issues of law and fact to both original plaintiffs and intervenors.

### D. Damages

Intervenors have and will continue to suffer economic damages as a direct and proximate result of Defendants' negligence, mentioned in the original complaint. As a result of the above-described negligence, the intervenors have sustained (and will continue to sustain) economic losses to date and in the future including but not limited to lost profits.

Intervenors are entitled to prejudgment interest on their damages from the dates of loss. As to any damages which the Court determines are not properly subject to an award of prejudgment interest, intervenors demand interest from the date of judicial demand.

Intervenors are entitled to recover all costs of these proceedings, including filing fees, expert witness fees, attorney's fees and other court costs and litigation costs.

Plaintiffs, Troy Wetzel and Extreme Fishing, LLC, have no objection to the intervention.

WHEREFORE, Intervenors', Jo Jo's Seafood, LLC and Billy B., Inc. pray that the defendants, TRANSOCEAN and BP, be duly cited and served with a copy of the Complaint in Intervention, that this matter be certified as a class action and that after due proceedings are had there be judgment rendered herein in favor of the intervenors and against defendants,

TRANSOCEAN and BP, in an amount sufficient to adequately compensate the intervenors for their damages together with legal interest thereon from date of judicial demand until paid, for all costs of this suit and for all general and equitable relief.

Dated: May 1, 2010

                          Respectfully Submitted,

                          /s/ Matthew E. Lundy
                          Hunter W. Lundy (Bar No. 8938)
                          Matthew E. Lundy (Bar No. 18988)
                          Lundy, Lundy, Soileau & South, LLP
                          501 Broad Street
                          Lake Charles, LA 70601
                          (337) 439-0707- Telephone
                          (337) 439-1029- Facsimile

Of Counsel:

Trevor W. Howell (Bar No. 9496)
315 Deaderick Street, Suite 1100
Nashville, Tennessee

Ray M. Thompson (THO054 and THOMR9517)
158 Congress Street
Mobile, Alabama 36603

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on May 1, 2010, the foregoing document was filed with the Clerk of Court and served electronically upon all counsel of record:

                                      /s/ Matthew E. Lundy
                                      Matthew E. Lundy