AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | | |
|---|---|---|
| Troy Wetzel, et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:10-cv-01222-JCZ-ALC |
| Transocean, Ltd., et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jo Jo's Seafood, LLC and Billy B, Inc.

Date:   05/18/2010

*Attorney's signature*

John D. Sileo, Louisiana Bar Number 17797
*Printed name and bar number*

320 North Carrolton Avenue, Suite 101
New Orleans, Louisiana 70115
*Address*

sileoj@bellsouth.net
*E-mail address*

(504) 486-4343
*Telephone number*

(504) 297-1249
*FAX number*