UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TROY WETZEL, EXTREME FISHING, LLC and a CLASS OF SIMILARLY SITUATED INDIVIDUALS AND ENTITIES, | Civil Action No. 2:10cv01222 |
| | Section J |
| Plaintiffs | Division 5 |
| versus | Judge Carl J. Barbier |
| TRANSOCEAN, LTD., et al., | Magistrate Alma Chasez |
| Defendants | |

**MOTION TO INTERVENE**

Mark S. Tayamen, Sr., through undersigned counsel, moves for leave to intervene in this action as additional intervenor-plaintiff, pursuant to Federal Rule of Civil Procedure 24(b). The named plaintiffs do not oppose this motion for intervention.

WHEREFORE, for the reasons more fully detailed in the accompanying Complaint in

Intervention and the Memorandum in Support of Motion to Intervene, Mark S. Tayamen, Sr., prays that he be granted leave to intervene in this action.

        Respectfully submitted,

        /s/ H.S. Bartlett III
        **GLADSTONE N. JONES, III (# 22221)**
        **EBERHARD D. GARRISON (# 22058)**
        **H.S. BARTLETT III (# 26795)**
        **KEVIN E. HUDDELL (# 26930)**
        **JACQUELINE A. STUMP (# 31981)**
        Jones, Swanson, Huddell & Garrison, L.L.C.
        Pan-American Life Center
        601 Poydras Street, Suite 2655
        New Orleans, Louisiana 70130
        Telephone:   (504) 523-2500
        Facsimile:    (504) 523-2508

        **JAMES M. GARNER (# 19589)**
        **PETER L. HILBERT, JR. (# 6875)**
        **JOSHUA S. FORCE (# 21975)**
        **EMMA ELIZABETH ANTIN DASCHBACH (# 27358)**
        Sher Garner Cahill Richter Klein & Hilbert, L.L.C.
        909 Poydras Street, 28th Floor
        New Orleans, Louisiana 70112-1033
        Telephone:   (504) 299-2100
        Facsimile:    (504) 299-2300

        **COUNSEL FOR MARK S. TAYAMEN, SR.**

## CERTIFICATE OF SERVICE

    I hereby certify that this pleading has been served on all counsel of record through filing with the Court's CM/ECF electronic filing system, on June 1, 2010.

        /s/ H.S. Bartlett III