OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA   70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 JUN 24 PM 3:03

LORETTA G. WHYTE
CLERK

Date: 6-24-10

Troy Wetzel

vs.

Transocean

Case No. 10-1222   Section J(1)

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ Products North America, Inc. ___) to the following:

1. (name) BP The Pretice Hall Corporation System
   (address) 320 Somerulos Street Baton Rouge LA. 70802-6129
2. (name) BP PLC
   (address) 28100 Torch Parkway Warrenville IL 60555
3. (name) Cameron International Corporation
   (address) 5615 Corporate Blvd Baton Rouge LA 70808
4. (name) Halliburton Energy Services
   (address) 5615 Corporate Blvd #400B Baton Rouge 70808

Very truly yours,

_____
"Signature"
Attorney for The Andry Law Firm
Address 610 Baronne N.O. LA-70113

Fee _____
✓ Process _____
x Dktd _____
___ CtRmDep _____
___ Doc. No. _____