OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 JUN 24  PM 3:02

LORETTA G. WHYTE
CLERK

Date: 6-24-10

Troy Wetzel

vs.

Transocean Ltd

Case No. 10-1222  Section J(1)

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) BP Exploration + Production Inc
   (address) 5615 Corporate Blvd 400B Baton Rouge LA 70808
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

_____
"Signature"

Attorney for  The Andry Law Firm
Address  610 Baronne St N.O LA 70113

___ Fee
✓ Process
X  Dktd
___ CtRmDep
___ Doc. No.